IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| BRYCE W.,[1] | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 1:23-CV-00161-BU |
| COMMISSIONER OF SOCIAL SECURITY, | § § § § | |
| Defendant. | § § § | |

**FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS
OF THE UNITED STATES MAGISTRATE JUDGE**

Now before the Court is the Social Security Commissioner's Unopposed Motion to Remand. Dkt. No. 19. The Commissioner asks the Court to reverse and remand this case pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further administrative proceedings. *See id.*

This case was transferred to the undersigned for the determination of non-dispositive matters and the issuance of findings, conclusions, and recommendation on all dispositive matters. Dkt. No. 5. Both parties have not consented to the undersigned exercising the full jurisdiction of this Court.

After reviewing the Commissioner's Unopposed Motion and the applicable law, the undersigned RECOMMENDS that the Court GRANT the Motion (Dkt. No. 19) and

---

[1] Due to concerns regarding the privacy of sensitive personal information available to the public through opinions in Social Security cases, Plaintiff is identified only by first name and last initial.

1

ORDER that this case be REVERSED and REMANDED to the Commissioner under the fourth sentence of 42 U.S.C. § 405(g) for further adjudication consistent with the Commissioner's Motion.

A copy of these Findings, Conclusions, and Recommendations shall be served on all parties in the manner provided by law. Any party who objects to any part of these Findings, Conclusions, and Recommendations must file specific written objections within fourteen days after being served with a copy. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). To be specific, an objection must identify the specific finding or recommendation to which the objection is made, state the basis for the objection, and specify the place in the magistrate judge's Findings, Conclusions, and Recommendations where the disputed determination is found. An objection that merely incorporates by reference or refers to the briefing before the magistrate judge is not specific. Failure to file specific written objections will bar the aggrieved party from appealing the factual findings and legal conclusions of the magistrate judge that are accepted or adopted by the district court, except upon grounds of plain error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996).

The undersigned finds that the purpose for which this case was transferred to the magistrate judge docket has been served and it is ORDERED that this case is transferred back to the docket of Senior United States District Judge Sam R. Cummings and be designated as Civil Action No. 1:23-CV-00161-C.

ORDERED this 16th day of February 2024.

_____
JOHN R. PARKER
UNITED STATES MAGISTRATE JUDGE